Graciela MARTINEZ, Plaintiff–
Appellant

v.

PRESTIGE FORD GARLAND LIMIT-
ED PARTNERSHIP, doing business
as Prestige Ford, Defendant–Appellee.

No. 04–10789.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 14, 2005.

John Edward Wall, Jr., Law Offices of
John E. Wall Jr., Dallas, TX, for Plaintiff–
Appellant.

Jennifer S. Stoddard, Blume & Stod-
dard, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY, and
HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

We affirm the grant of summary judg-
ment to defendant for essentially the rea-
sons stated by Judge Lindsay in his de-
tailed memorandum opinion.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.